UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FALCK USA, INC., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>SCOTT GRIFFITH COLLABORATIVE SOLUTIONS, LLC,<br><br>    Defendant. | Case No. 19-cv-08171-JCS<br>*Also Filed in Case No. 19-cv-06104-SBA*<br><br>**SUA SPONTE REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |

On December 13, 2019, the United States District Court for the Northern District of Texas ordered its case number 4:19-cv-00773-O transferred to this district (where the case was assigned case number 19-cv-08171) based on the first-to-file rule and the case's overlap with this Court's case number 19-cv-06104, assigned to the Honorable Saundra Brown Armstrong. *See* Order (dkt. 24). According to the Northern District of Texas's order, "the claims and parties in [case number 19-cv-08171] substantially overlap with those in [case number 19-cv-06104]." *Id.* at 6.

The Court therefore refers case number 19-cv-08171 to Judge Armstrong pursuant to Civil Local Rule 3-12(c) to determine whether it is related to case number 19-cv-06104. Any party may file a response addressing whether the cases should be found related no later than December 24, 2019. *See* Civ. L.R. 3-12(c), 3-12(e), 7-11(b).

**IT IS SO ORDERED.**

Dated: December 20, 2019

JOSEPH C. SPERO
Chief Magistrate Judge