# EXHIBIT 1






# The Wire

Archives | RSS

TUESDAY, OCTOBER 15, 2019

## City switches EMS gears

POSTED BY PAM ZUBECK ON TUE, OCT 15, 2019 AT 3:23 PM

click to enlarge



Courtesy Falck Ambulance

On Oct. 11, the city of Colorado Springs announced that negotiations for the city's five-year emergency ambulance service contract (due to start Jan. 1) ended with Denmark-based Falck Ambulance, and new talks with American Medical Response had begun.

City spokesperson Jamie Fabos said in a statement that Falck Rocky Mountain and the city "mutually agreed" to end talks. Following city procedures, the city is obligated to open negotiations with the next highest ranked offeror, AMR of Greenwood Village.

Falck Rocky Mountain CEO David Patterson said that during negotiations, "the City indicated it wanted a contract with Falck that was considerably different" than what it proposed, which Falck believed would likely be unsustainable.

"[W]e are not willing to make unsustainable commitments," he said.

AMR's Vice President of Operations Scott Lenn says, "We appreciate the opportunity and look forward to sitting down to discuss the EMS system in Colorado Springs."

AMR has served the city for decades.

- RELATED: City ends talks with Danish company, invites AMR to the table
- RELATED: Falck Ambulance settles unfair competitive practices claims
- RELATED: AMR appeals city decision to deny its protest of ambulance bids
- RELATED: UPDATE: Falck Ambulance, the city's choice for a 5-year contract, accused of lying in a proposal in Califorina
- RELATED: UPDATE: AMR employees might stay put, rather than shifting to a new provider
- RELATED: City chooses Danish firm over long-time ambulance provider: A break with the past
- RELATED: AMR protests new city ambulance negotiations: Objection overruled
- RELATED: City junks ambulance RFP, plans new solicitation

EXHIBIT 1
Page 1

Tags: American Medical Response, AMR, Falck Rocky Mountain, ambulance, emergency medical services, Image

« Roads tax "vote yes" effort draws t... | Be ready to vote Nov. 5 »

Like 0   Share    Tweet    Email    Print    Favorite    Share

## SPEAKING OF...



City ends talks with Danish company, invites AMR to the table
Oct 11, 2019

Falck Ambulance settles unfair competitive practices claims
Oct 4, 2019

AMR appeals city decision to deny its protest of ambulance bids
Sep 16, 2019

UPDATE: Falck Ambulance, the city's choice for a 5-year contract, accused of lying in a proposal in Califorina
Sep 10, 2019

UPDATE: AMR employees might stay put, rather than shifting to a new provider
Sep 6, 2019

City chooses Danish firm over long-time ambulance provider
Aug 28, 2019

More »

## READERS ALSO LIKED...

Colorado Springs rockets to No. 2 on "best places to live" list
by Pam Zubeck

UPDATE: Doug Lamborn's primary ballot spot in question
by Pam Zubeck

David Sedaris shares his weird revelations from overseas
Too much information
by Alissa Smith

## COMMENTS

Showing **1-1** of 1                                                                  add a comment

AMR is falling to meet the current standards and for a long time now. What makes Colorado Springs think its going to be any different now.

report                                                                      1 like, 2 dislikes   like   dislike

Posted by **Chad Stone** on 10/16/2019 at 7:55 AM

Subscribe to this thread:   ✉ By Email   📶 With RSS                       Showing **1-1** of 1

**Add a comment**

EXHIBIT 1
Page 2

Subscribe to this thread

Post Comment

MORE BY PAM ZUBECK

Grand jury declines to indict CSPD officers in De'Von Bailey shooting
by Pam Zubeck

Gardner gets climate lesson
by Pam Zubeck

New boost for biz
by Pam Zubeck

More »

/

EXHIBIT 1
Page 3