FAISAL M. ZUBAIRI (SBN 244233)
zubairi.faisal@dorsey.com
J. MICHAEL KEYES (SBN 262281)
keyes.mike@dorsey.com
KENT J. SCHMIDT (SBN 195969)
schmidt.kent@dorsey.com
BRYAN M. MCGARRY (SBN 258156)
mcgarry.bryan@dorsey.com
NAVDEEP K. SINGH (SBN 284486)
singh.navdeep@dorsey.com
DORSEY & WHITNEY LLP
600 Anton Boulevard, Suite 2000
Costa Mesa, CA 92626
Telephone:  (714) 800-1400
Facsimile:  (714) 800-1499

Attorneys for Plaintiffs
FALCK MOBILE HEALTH CORP.
DBA CARE AMBULANCE
SERVICE, INC., FALCK USA, INC.,
FALCK NORTHERN CALIFORNIA
CORP., and FALCK ROCKY
MOUNTAIN, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FALCK MOBILE HEALTH CORP. DBA CARE AMBULANCE SERVICE, INC., FALCK USA, INC., FALCK NORTHERN CALIFORNIA CORP., and FALCK ROCKY MOUNTAIN, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SCOTT GRIFFITH COLLABORATIVE SOLUTIONS, LLC d/b/a SG COLLABORATIVE SOLUTIONS, LLC, <br><br> Defendants. | Case No. 4:19-cv-08171-SBA <br> Related Case No. 4:19-cv-06104-SBA <br><br> **ORDER OF DISMISSAL** <br><br> Complaint filed:  Sept. 26, 2019 <br> Amended Complaint filed:  Nov. 4, 2019 <br> Second Amended Complaint filed: Apr. 7, 2021 <br> Trial Date:  Nov. 7, 2022 |

For good cause appearing and upon consideration of the Stipulation for Dismissal signed by counsel,

**IT IS HEREBY ORDERED** that the above-captioned action (Case No. 4:19-cv-08171-SBA) is hereby dismissed pursuant to Federal Rule of Civil Procedure 41(a), as follows:

1. The following claims are hereby dismissed with prejudice: Count 4 for Business Disparagement, Count 5 for Libel, Count 6 for Tortious Interference with Existing Contract, and Count 7 for Tortious Interference with Prospective Relations, asserted by the Plaintiffs in the Second Amended Complaint (Dkt. No. 83), and

2. The following claims are hereby dismissed without prejudice: Count 1 for Declaration of Non-Infringement of Copyright, Count 2 for Declaration of Invalidity of Copyright, Count 3 for Breach of Contract, and Count 8 for Declaratory Relief, asserted by the Plaintiffs in the Second Amended Complaint (Dkt. No. 83).

**IT IS FURTHER ORDERED** that each party is to bear their own attorney's fees and costs, and that this Court shall retain jurisdiction to enforce the Settlement Agreement.

**IT IS SO ORDERED.**

DATED: 2/24/2022                   *[signature]* RS
                                   Richard Seeborg for Saundra Brown Armstrong